UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $277,856.53 IN FUNDS SEIZED FROM ) <br> JP MORGAN CHASE ACCOUNT XXXXX8718 ) <br> HELD IN THE NAME OF ALLUVIAL ) <br> REWARDS INC. ) <br> Defendant. ) | Cause No.: 1:24-cv-01936 |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Kelly Rota, Assistant United States Attorney, files its Complaint of Forfeiture in Rem pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Actions G(2), and alleges on information and belief as follows:

## NATURE OF THE CLAIM

1. The United States of America (the "United States") has commenced this action to forfeit proceeds of wire fraud, conspiracy to commit wire fraud, and identity theft. Specifically, the United States seeks the forfeiture of $277,856.53 seized from one bank account at JP Morgan Chase, to wit:

    a. $277,856.53 funds seized from JP Morgan Chase Account XXXXX8718, ("Defendant Property")

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1345 (district

1

courts have original jurisdiction of all civil action commenced by the United States) and § 1355 (district courts have original jurisdiction of any action for forfeiture). The Defendant Property has been seized and is in the custody of the United States.

3. Venue for this action is appropriate pursuant to 28 U.S.C., Section 1355(b)(1) because acts and omissions giving rise to the forfeiture occurred in the Southern District of Indiana.

4. Pursuant to Supplemental Rule G(2)(f), facts in support of a reasonable belief that the United States will be able to meet its burden of proof at trial are set forth more fully as follows and have been verified by the attached Verification of USSS Special Agent Chase Nakano.

## DEFENDANT

5. The Defendant is $277,856.53 funds seized from JP Morgan Chase Account XXXXX8718 ("Defendant Property").

6. On or about November 17, 2023, the United States Secret Service (USSS), acting pursuant to an Indiana state seizure warrant seized the Defendant Property in Monroe, Louisiana. The United States Treasury Enforcement Operations Fund is currently holding the Defendant Property.

7. On December 15, 2023, the Decatur Circuit Court, Indiana, granted a motion to turnover the seized funds to the federal investigating agency, USSS.

## FACTS

A. Summary

8. The United States Secret Service ("USSS") is investigating the activities of a group of targets suspected of committing business email compromises and other attacks on businesses, including Company 1 (redacted), a business located within the Southern District of

Indiana. This investigation concerns violations of Title 18, United States Code, Sections 1343 (wire fraud), 1030 (computer fraud), 1028 (identity theft), and 1956 (money laundering).

9. Through the course of the USSS's investigation, the USSS determined that that the attackers compromised the computer systems of Company 1 and created and used fictitious email addresses to cause Company 1 to wire $505,026.23 to a bank account designated by the attackers instead of the true recipient company, Company 2 (redacted). USSS also determined that the attackers similarly caused another company, Company 3 (redacted), to wire money to that same bank account designated by the attackers instead of the true recipient company.

10. To date, the USSS has been unable to identify the targets of the fictitious accounts, who are obfuscating their identities through various social media. The USSS knows that that cyber criminals, including those who compromise business email accounts and perpetrate other cyber attacks, use their computers for both criminal activity as well as personal business.

B. Attack on Company 1 and Company 3

11. On November 17, 2023, Greensburg Police Department in Greensburg, Indiana contacted the USSS about a report from the owner of Company 1.

12. Investigators learned that Company 1 had been the victim of a suspected business email compromise. Specifically, investigators learned that Individual 1 corresponded by email with another individual believed to be Individual 2 at Company 2, a representative of a company that Company 1 frequently did business with. Individual 2's actual email address was EMAIL ADDRESS 1 (redacted). However, the email address that Individual 1 corresponded with was EMAIL ADDRESS 2 (redacted) – which was the exact same email address as EMAIL ADDRESS 1 except it contained a zero instead of the letter O.

13. The individual purporting to be Individual 2 (using EMAIL ADDRESS 2) stated that Company 2 was undergoing an internal audit and would not be able to accept Automated

Clearing House (ACH) payments as was in their usual course of business. The person using EMAIL ADDRESS 2 then requested that any further payments be sent via a wire transfer to a JP Morgan Chase bank account ending in 8718. This was not the true bank account for Company 2, but rather an account designated by the attackers.

14. On November 3, 2023, Individual 1 sent a wire transfer of $335,798.02 to the JP Morgan Chase bank account ending in 8718 for services provided by Company 2 – believing that was Company 2's new bank account for ACH transfers.

15. On November 10, 2023, Individual 1 sent another wire transfer of $169,228.21 to the JP Morgan Chase bank account for services provided by Company 2.

16. Records reflect that the JP Morgan Chase bank account is owned by Alluvial Rewards, a business located at 1250 Meadowbrook Road, Altadena, California – not Company 2.

17. Company 1 ultimately confirmed that Company 2 had not received the two wire transfers and that the JP Morgan Chase account was not associated with their business.

18. On October 3, 2024, the USSS also determined that the attackers similarly caused another company, Company 3 (redacted), to wire money to the same JP Morgan Chase bank account ending in 8718 designated by the attackers instead of the true recipient company.

19. In or about November 17, 2023, the USSS, pursuant to an Indiana state seizure warrant, seized $277,856.53 in funds seized from JP Morgan Chase Account ending in 8718 (Defendant Property).

20. Financial analysis conducted by USSS determined that at least $242,419.98 of the seized funds are tied to the business email compromises involving Company 1 and Company 3.

21. The USSS is continuing its investigation into the remaining seized funds.

## CLAIM FOR RELIEF

22. Based on the above information, it is believed that the JP Morgan Chase Account XXXXX8718, constitutes:

   a. Property, real or personal, which constitutes or is derived from proceeds traceable to a violation of any offense constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)), namely wire fraud, in violation of 18 U.S.C. § 1343, conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and identity theft, in violation of 18 U.S.C. § 1028), and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

23. Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for the Defendant Assets; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

    ZACHARY A. MYERS
    UNITED STATES ATTORNEY

By: _s/Kelly Rota_____
    Kelly Rota
    Assistant United States Attorney
    Office of the United States Attorney
    10 W Market St., Suite 2100
    Indianapolis, IN 46204-3048
    Telephone: (317) 226-6333
    Fax: (317) 226-5027
    Kelly.rota@usdoj.gov

## **VERIFICATION**

I, Chase Nakano hereby verify and declare under penalty of perjury that I am a Special Agent for the United States Secret Service (USSS) that I have read the foregoing Verified Complaint in Rem and know the contents thereof. I further declare that the matters contained in the Complaint are true to my own knowledge, except for those matters stated to be alleged on information and belief, which I believe to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States; information supplied to me by other law enforcement offices; as well as my investigation of this case as a Special Agent with the United States Secret Service with other law enforcement officers.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/04/2024

Chase Nakano, Special Agent,
United States Secret Service